William M. Jones, TDC# 1971347, STILES UNIT
Harris County SPN# 01679294
District Court of 351st Judicial District of Harris County, TEXAS
Trial Cause(s)# 1387546 & 1387547
Appeal Cause(s)# 01-14-01032 & 01-14-01033

RE: <u>Has Motion to Proceed Pro Se been Considered or under Review? Am I Pro Se?</u>

Court of Appeals, First District
301 Fannin St.
Houston, TEXAS 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

August 12, 2015

Dear First District 'Clerk' of Appeals:

I mailed on July 6th, 2015; Motion to Proceed Pro Se on Appeal & Motion for out of Time Motion for New Trial. What is the status of those Motion(s)? Are they being considered or under review. Also Motion to Appoint New Appeal Counsel has been filed on my behalf. Has Motion(s) been Rule on, if Not, why Not?

Further, My Appeal brief has been filed Since May 28, 2015. Has the State Replied (State's Rebuttal)? If so can I Recieve copy of their brief? Please Respond at your earliest Convenience!
THANK YOU!

Mail Info to:
William M. Jones 1971347
Stiles Unit, 3060 FM 3514
Beaumont, TX 77705

Sincerely,
William M. Jones

William M. Jones # 1971347
Stiles Unit
3060 FM 3514
Beaumont, TX 77705

LEGAL
MAIL

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 17 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED

NORTH HOUSTON TX 773

14 AUG 2015 PM 3 L

7700220bb99

Court of Appeals, First District
301 Fannin St.
Houston, Texas 77002

→ ATTN: CLERK

FOREVER USA